(2) Aug. 28, 1832: property forfeited, sale and notice of sale ordered.

Papers in File (1832): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.

*File No. 64.*

**UNITED STATES** *versus* **TWO BARRELS CIDER, TEN** and **ONE-HALF BUSHELS POTATOES, SEVEN BARRELS APPLES, ONE BAG DRIED APPLES, TWENTY-TWO POUNDS BUTTER, SEVEN BAGS CORN, SEVEN BAGS SHORTS, EIGHTEEN BAGS PEAS, ONE VESSEL** and **TWO MASTS, TWO SAILS, ONE BOOM, TWO OARS, ONE POLE, TWO PIECES ROPE, ONE JAR, THREE CHISELS, ONE AUGER, ONE HAMMER, ONE AXE, ONE BUCKET,** and **TWO COVERLETS, THE APPAREL, TACKLE,** and **FURNITURE** of said **VESSEL.**

Journal Entries: (1) Aug. 1, 1832: libel filed, time fixed for trial, notice ordered published; (2) Aug. 28, 1832: evidence heard, property forfeited, sale and notice of sale ordered.

Papers in File (1832): (1) Libel; (2) published notice, proof of publication and posting; (3) subpoena; (4) copy of order of sale, return, receipt.

*File No. 61.*

**UNITED STATES** *versus* **TWENTY-THREE BARRELS CIDER.**

Journal Entries: (1) Aug. 1, 1832: libel filed, time fixed for trial, notice ordered published; (2) Aug. 28, 1832: property forfeited, sale and notice of sale ordered.

Papers in File (1832): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.

*File No. 67.*

**UNITED STATES** *versus* **ONE BAY HORSE, ONE ROAN MARE, ONE SADDLE, ONE BRI-**

**DLE, ONE HALTER,** and **ONE BLANKET.**

Journal Entries: (1) Aug. 1, 1832: libel filed, time fixed for trial, notice ordered published; (2) Aug. 28, 1832: property forfeited, sale and notice of sale ordered.

Papers in File (1832): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.

*File No. 65.*

**UNITED STATES** *versus* **FOUR HUNDRED** and **THIRTY-SEVEN FISH BARRELS,** claimed by **BARNABÉ CAMPAU.**

Journal Entries: (1) Nov. 23, 1832: libel filed, time fixed for trial, notice ordered published, claim filed, appraisers appointed, report of appraisers filed, claimant's bond filed and approved, property ordered delivered to claimant; (2) Dec. 19, 1832: publication proved, proclamation made, claim filed, continued, attendance of witnesses proved; (3) May 8, 1833: jury trial, verdict that one hundred and thirty-seven of the barrels had been illegally imported, attendance of witnesses proved; (4) May 10, 1833: motion for new trial; (5) Jan. 22, 1834: motion for new trial and in arrest of judgment argued, submitted; (6) Feb. 15, 1834: motion for new trial and in arrest overruled, one hundred and thirty-seven of the barrels forfeited; (7) March 20, 1834: reasonable cause for seizure certified.

Papers in File (1832–33): (1) Petition and order for special session; (2) libel; (3) claim; (4) copy of order appointing appraisers, appraisers' report; (5) claimant's bond for value; (6) claimant's bond for costs; (7) collector's certificate; (8) claimant's plea; (9–10) subpoenas; (11) published notice, proof of publication and posting; (12–14) subpoenas; (15) motion for new trial and in arrest of judgment.

*File No. 72.*

